JOE GOLLE v. THE STATE.

No. 7337.    Decided January 17, 1923.

**Manufacturing Intoxicating Liquor—Appeal Bond.**

Where the appeal bond is approved only by the sheriff, when it should also be approved by the trial judge, the appeal must be dismissed.

Appeal from the District Court of Palo Pinto. Tried below before the Honorable J. B. Keith.

Appeal from a conviction of unlawfully manufacturing intoxicating liquor; penalty, three years imprisonment in the penitentiary.

The opinion states the case.

No brief on file for appellant.

R. G. *Storey,* Assistant Attorney General, for the State.

HAWKINS, JUDGE.—From a conviction for manufacturing whisky, with penalty of three years in the penitentiary, this appeal is prosecuted.

The appeal bond is approved only by the sheriff when it should also be approved by the trial judge; for this reason the State has filed a motion to dismiss the appeal. The following authorities support the motion. Article 904, C. C. P.; Chumley v. State, 83 Texas Crim. Rep., 54, 201 S. W. Rep., 176; King v. State, 83 Texas Crim. Rep., 304, 203 S. W. Rep., 52; Johnson v. State, 83 Texas Crim. Rep., 376, 203 S. W. Rep., 903; Gray v. State, 88 Texas Crim. Rep., 1, 224 S. W. Rep., 513.

The appeal must be dismissed.

*Dismissed.*